# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153047

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                        SC: 153047
                                        COA: 328754
                                        Barry CC: 14-000469-FH

NICHOLAS EMIL BUEKER-DECAMP,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 29, 2015 and December 3, 2015 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2016



Clerk

s0414p